UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOBART-MAYFIELD, INC. d/b/a
MAYFIELD ATHLETICS,

      Plaintiff,

vs.

NATIONAL OPERATING
COMMITTEE ON STANDARDS FOR
ATHLETIC EQUIPMENT, KRANOS
CORPORATION d/b/a SCHUTT
SPORTS, RIDDELL, INC., XENITH,
LLC, GREGG HARTLEY, in his capacity
as Vice President of the National
Operating Committee on Standards for
Athletic Equipment, MICHAEL OLIVER,
in his capacity as Executive Director/Legal
Counsel of the National Operating
Committee on Standards for Athletic
Equipment, VINCENT LONG, in his
capacity as Engineering Manager of Schutt
Sports, and KYLE LAMSON, in his
capacity as Director of New Product
Innovation of Xenith, LLC,

      Defendants.

Case No. 2:19-cv-12712-GAD-EAS
Hon. Gershwin A. Drain

Magistrate Judge Elizabeth A. Stafford

---

## STIPULATED ORDER EXTENDING TIME TO
## RESPOND TO PLAINTIFF'S COMPLAINT

      This matter having come before the Court on the stipulation of counsel for the

parties that additional time is necessary for Defendants Kranos Corporation d/b/a

{80000/333/D1414335.DOCX;1}

Schutt Sports and Vincent Long to answer or otherwise respond to Plaintiff's Complaint served on September 30, 2019; and

Kranos Corporation d/b/a Schutt Sports and Vincent Long, expressly reserving all defenses to Plaintiff's Complaint; and

The Court being fully advised in the premises;

IT IS HEREBY ORDERED that the time for Defendants Kranos Corporation d/b/a Schutt Sports and Vincent Long to answer or otherwise respond to Plaintiff's Complaint is extended until December 2, 2019.

IT IS SO ORDERED

Dated:  November 4, 2019

s/Gershwin A. Drain
Hon. Gershwin A. Drain
United States District Court Judge

**Agreed as to form:**

By: /s/ James F. Hewson w/permission
   James F. Hewson (P27127)
   Diane L. Hewson (P44628)
   Lynn B. Sholander (P78839)
Hewson & Van Hellemont, P.C.
25900 Greenfield Road, Suite 650
Oak Park, MI  48237
(248) 968-5200
(248) 968-5270 Facsimile

*Attorneys for Plaintiff*

By:/s/ Matthew L. Powell
   Matthew L. Powell (P69186)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 Facsimile
mpowell@kerr-russell.com

*Attorneys for Defendants Kranos Corporation d/b/a Schutt Sports and Vincent Long*