UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOBART-MAYFIELD, INC.,
d/b/a MAYFIELD ATHLETICS,

       Plaintiff,

vs.

NATIONAL OPERATING COMMITTEE
ON STANDARDS FOR ATHLETIC
EQUIPMENT, KRANOS CORPORATION
d/b/a SCHUTT SPORTS, RIDDELL, INC.,
XENITY, LLC, GREGG HARTLEY,
MICHAEL OLIVER, VINCENT LONG,
And KYLE LAMSON,

       Defendants.

Case No.: 2:19-cv-12712

Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

| | |
|---|---|
| HEWSON & VAN HELLEMONT, P.C.<br>James F. Hewson (P27127)<br>Diane L. Hewson (P44628)<br>Lynn B. Sholander (P78839)<br>25900 Greenfield Road, Suite 650<br>Oak Park, Michigan 48237<br>248.968.5200 p \| 248-968-5270 f<br>hewson@vanhewpc.com<br>lsholander@vanhewpc.com<br>*Attorneys for Mayfield Athletics* | WILSON ELSER MOSKOWITZ<br>  EDELMAN & DICKER LLP<br>William S. Cook (P68934)<br>Jennifer A. Morante (P64892)<br>Luke D. Wolf (P81932)<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, Michigan 48152<br>313.327.3100 p \| 313.327.3101 f<br>william.cook@wilsonelser.com<br>*Attorneys for NOCSAE, Hartley, and Oliver* |

5719471v.1

| | |
|---|---|
| PERKINS COIE LLP<br>Christopher G. Hanewicz<br>Gabrielle E. Bina<br>Rodger K. Carreyn<br>33 East Main Street, Suite 201<br>Madison, Wisconsin 53703<br>608.633.7460 p \| 608-663-7499 f<br>chanewicz@perkinscoie.com<br>gbine@perkinscoie.com<br>rcarreyn@perkinscoie.com<br>*Attorneys for Riddell*<br><br>HONIGMAN LLP<br>David Ettinger (P26537)<br>660 Woodward Avenue, Suite 2290<br>Detroit, Michigan 48226-3506<br>313.465.7368 p<br>dettinger@honigman.com<br>*Attorneys for Xenith & Lamson* | WARNER NORCROSS + JUDD LLP<br>Michael G. Brady (P57331)<br>2000 Town Center, Suite 2700<br>Southfield, Michigan 48075-1318<br>248.784.5032 p<br>mbrady@wnj.com<br>*Attorneys for Riddell*<br><br>MORGANROTH & MORGANROTH PLLC<br>Jeffrey B. Morganroth (P41670)<br>344 N. Old Woodward Ave., Ste 200<br>Birmingham, Michigan 48009-5310<br>248.864.4000 p \| 248.864.4001 f<br>jmorganroth@morganrothlaw.com<br>*Attorneys for Xenith & Lamson*<br><br>KERR RUSSELL & WEBER PLC<br>Matthew L. Powell (P69186)<br>500 Woodward Avenue, Suite 2500<br>Detroit, Michigan 48226<br>313.961.0200 p \| 313.961.0388 f<br>mpowell@kerr-russell.com<br>*Attorneys for Schutt Sports & Long* |

## APPEARANCE OF COUNSEL

TO: Counsel of Record
   Clerk of the Court

PLEASE ENTER THE APPEARANCE of William S. Cook and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP on behalf of Defendants, NATIONAL OPERATING COMMITTEE ON STANDARDS FOR ATHLETIC EQUIPMENT, GREGG HARTLEY, and MICHAEL OLIVER in the above cause of action.

5719471v.1

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

Dated: December 2, 2019         By: /s/ William S. Cook
    John T. Eads (P43815)
    William S. Cook (P68934)
    17197 N. Laurel Park Drive, Ste 201
    Livonia, Michigan 48152
    313.327.3100
    william.cook@wilsonelser.com
    *Attorneys for NOCSAE, Hartley, and Oliver*

## Certificate of Service

The undersigned certifies that on December 2, 2019 this document was electronically filed with the Clerk of the Court using the CM/ECF system.

    /s/ William S. Cook
    William S. Cook