UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOBART-MAYFIELD, INC.,
d/b/a MAYFIELD ATHLETICS,

    Plaintiff,

vs.

NATIONAL OPERATING COMMITTEE
ON STANDARDS FOR ATHLETIC
EQUIPMENT, KRANOS CORPORATION
d/b/a SCHUTT SPORTS, RIDDELL, INC.,
XENITY, LLC, GREGG HARTLEY,
MICHAEL OLIVER, VINCENT LONG,
And KYLE LAMSON,

    Defendants.

Case No.: 2:19-cv-12712

Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

HEWSON & VAN HELLEMONT, P.C.
James F. Hewson (P27127)
Diane L. Hewson (P44628)
Lynn B. Sholander (P78839)
25900 Greenfield Road, Suite 650
Oak Park, Michigan 48237
248.968.5200 p | 248-968-5270 f
hewson@vanhewpc.com
lsholander@vanhewpc.com
*Attorneys for Mayfield Athletics*

WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER LLP
William S. Cook (P68934)
Jennifer A. Morante (P64892)
Luke D. Wolf (P81932)
17197 N. Laurel Park Drive, Suite 201
Livonia, Michigan 48152
313.327.3100 p | 313.327.3101 f
william.cook@wilsonelser.com
*Attorneys for NOCSAE, Hartley, and Oliver*

5728064v.1

| | |
|---|---|
| PERKINS COIE LLP<br>Christopher G. Hanewicz<br>Gabrielle E. Bina<br>Rodger K. Carreyn<br>33 East Main Street, Suite 201<br>Madison, Wisconsin 53703<br>608.633.7460 p \| 608-663-7499 f<br>chanewicz@perkinscoie.com<br>gbine@perkinscoie.com<br>rcarreyn@perkinscoie.com<br>*Attorneys for Riddell* | WARNER NORCROSS + JUDD LLP<br>Michael G. Brady (P57331)<br>2000 Town Center, Suite 2700<br>Southfield, Michigan 48075-1318<br>248.784.5032 p<br>mbrady@wnj.com<br>*Attorneys for Riddell* |
| HONIGMAN LLP<br>David Ettinger (P26537)<br>660 Woodward Avenue, Suite 2290<br>Detroit, Michigan 48226-3506<br>313.465.7368 p<br>dettinger@honigman.com<br>*Attorneys for Xenith & Lamson* | MORGANROTH & MORGANROTH PLLC<br>Jeffrey B. Morganroth (P41670)<br>344 N. Old Woodward Ave., Ste 200<br>Birmingham, Michigan 48009-5310<br>248.864.4000 p \| 248.864.4001 f<br>jmorganroth@morganrothlaw.com<br>*Attorneys for Xenith & Lamson* |
| | KERR RUSSELL & WEBER PLC<br>Matthew L. Powell (P69186)<br>500 Woodward Avenue, Suite 2500<br>Detroit, Michigan 48226<br>313.961.0200 p \| 313.961.0388 f<br>mpowell@kerr-russell.com<br>*Attorneys for Schutt Sports & Long* |

## STIPULATION & ORDER

On or about November 19, 2019, defendants National Operating Committee on Standards for Athletic Equipment (NOCSAE) and Michael Oliver were served with a copy of plaintiff's complaint, and on or about October 15, 2019, defendant Gregg Hartley was served with a copy of plaintiff's complaint. Plaintiff's counsel and counsel for these defendants have since agreed to extend the deadline for the

5728064v.1

defendants' responsive pleading to December 30, 2019 and request that the court enter the order below.

HEWSON & VAN HELLEMONT, P.C.

By: /s/ Lynn B. Sholander (w/consent)
    Lynn B. Sholander (P78839)
    25900 Greenfield Road, Suite 650
    Oak Park, Michigan 48237
    248.968.5200 p | 248-968-5270 f
    hewson@vanhewpc.com
    lsholander@vanhewpc.com
    *Attorneys for Mayfield Athletics*

WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP

By: /s/ William S. Cook
    William S. Cook (P68934)
    17197 N. Laurel Park Drive, Suite 201
    Livonia, Michigan 48152
    313.327.3100 p | 313.327.3101 f
    william.cook@wilsonelser.com
    *Attorneys for NOCSAE, Hartley, and Oliver*

## ORDER

Based upon the stipulation agreed to by the parties, the court orders that defendants National Operating Committee on Standards for Athletic Equipment, Michael Oliver, and Gregg Hartley shall have up to and including January 6, 2020 to file a responsive pleading to plaintiff's complaint.

Dated: December ____, 2019                    _____
                                              Gershwin A. Drain
                                              U.S. District Court Judge

5728064v.1