# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**HOBART-MAYFIELD, INC. d/b/a**
**MAYFIELD ATHLETICS**,

    Plaintiff,                              Case No. 2:19-cv-12712
                                               Hon. Gershwin A. Drain
v                                                 Mag. Elizabeth A. Stafford

**NATIONAL OPERATING COMMITTEE ON**
**STANDARDS FOR ATHLETIC EQUIPMENT,**
**KRANOS CORPORATION d/b/a SCHUTT**
**SPORTS, RIDDELL, INC., XENITH, LLC,**
**GREGG HARTLEY**, in his capacity as Vice
President of the National Operating Committee on
Standards for Athletic Equipment, **MICHAEL OLIVER**,
in his Capacity as Executive Director/Legal Counsel of the National
Operating Committee on Standards for Athletic
Equipment, **VINCENT LONG**, in his capacity as
Engineering Manager of Schutt Sports, and **KYLE**
**LAMSON**, in his capacity as Director of New
Product Innovation of Xenith, LLC,

    Defendants.
_____/

| | |
|---|---|
| **HEWSON & VAN HELLEMONT, PC** | **HONIGMAN, LLP** |
| JAMES F. HEWSON (P27127) | DAVID A. ETTINGER (P26537) |
| ELAINE M. SAWYER (P56494) | *Co-Counsel for Defendants* |
| LYNN B. SHOLANDER (P78839) | *Xenith, LLC & Kyle Lamson* |
| *Attorneys for Plaintiff* | First National Building |
| 25900 Greenfield Road, Suite 650 | 660 Woodward Avenue, Suite 2290 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-5200 // (248) 968-5270 Fax | (313) 465-7368 // (313) 465-7369 Fax |
| hewson@vanhewpc.com | dettinger@honigman.com |
| diane@vanhewpc.com | |
| lsholander@vanhewpc.com | |

| | |
|---|---|
| **WARNER NORCROSS & JUDD, LLP**<br>MICHAEL G. BRADY (P57331)<br>*Co-Counsel for Defendant, Riddell, Inc.*<br>2000 Town Center, Suite 2700<br>Southfield, MI  48075<br>(248) 784-5000 // (248) 603-9632 Fax<br>mbrady@wnj.com | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br>WILLIAM S. COOK (P68934)<br>JENNIFER A. MORANTE (P64892)<br>LUKE D. WOLF (P81932)<br>*Attorneys for Defendants, NOCSAE, Gregg Hartley, & Michael Oliver*<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, MI  48152<br>(313) 327-3100 // (313) 327-3101 Fax<br>William.cook@wilsonelser.com<br>Jennifer.morante@wilsonelser.com |
| **PERKINS COIE, LLP**<br>RODGER K. CARREYN<br>CHRISTOPHER G. HANEWICZ<br>GABRIELLE E. BINA<br>*Co-Counsel for Defendant, Riddell, Inc.*<br>33 East Main Street, Suite 201<br>Madison, WI  53703<br>(608) 663-7460 // (608) 663-7499 Fax<br>RCarreyn@perkinscoie.com<br>CHanewicz@perkinscoie.com<br>GBina@perkinscoie.com | MATTHEW L. POWELL (P69186)<br>**KERR, RUSSELL & WEBER, PLC**<br>*Co-Counsel for Defendants, Kranos Corp d/b/a Schutt Sports & Vincent Long*<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226<br>(313) 961-0200 // (313) 961-0388 Fax<br>mpowell@kerr-russell.com |
| **MORGANROTH & MORGANROTH, PLLC**<br>JEFFREY B. MORGANROTH (P41670)<br>*Co-Counsel for Defendants*<br>*Xenith, LLC & Kyle Lamson*<br>344 N. Old Woodward Ave., Suite 200<br>Birmingham, MI  48009<br>(248) 864-4000 // (248) 864-4001 Fax<br>jmorganroth@morganrothlaw.com | **DAVIS & WHITE, LLC**<br>DAVID A. WHITE<br>*Co-Counsel for Defendants, Kranos Corp d/b/a Schutt Sports & Vincent Long*<br>869 Turnpike Street, Suite 110<br>North Andover, MA 01845<br>(978) 688-1433 // (978) 688-3151 Fax<br>dwhite@daviswhite.com |

_____/

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Hobart-Mayfield, Inc. d/b/a Mayfield Athletics substitutes Allen R. Bachman of K&L Gates,

- 3 -

LLP as counsel of record in place of James F. Hewson, Elaine M. Sawyer, and Lynn B. Sholander of Hewson & Van Hellemont, PC. Mr. Bachman's contact information is:

>Allen R. Bachman
>K&L Gates, LLP
>1601 K. Street NW
>Washington, DC, 20006-1600
>(202) 778-9117
>(202) 778-9100

I consent to the above substation:

|  |  |
|---|---|
|  | /s/ Justin Summerville |
|  | w/consent |
| /s/ James F. Hewson | _____ |
|  | CEO, Hobart-Mayfield, Inc. |
| /s/ Elaine M. Sawyer |  |
|  | /s/ Allen R. Bachman |
| /s/ Lynn B. Sholander | w/consent |
| _____ | _____ |
| Former Attorneys | New Attorney |

The substitution of attorney is approved and so ORDERED.

s/Gershwin A. Drain
**DISTRICT COURT JUDGE**

Dated: March 26, 2020